HONORABLE LONNY R. SUKO

Heather C. Yakely, #28848
Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID A. PORTER, and NIKKI PORTER, individually and as husband and wife,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFREY THURMAN, ROBERT SATAKE, SCOTT L. LASHER and TROY M. CORKINS, each in their personal and representative capacities, COUNTY OF SPOKANE and the STATE OF WASHINGTON<br><br>Defendants. | Case No.  CV-12-341-LRS<br><br>ORDER GRANTING THE STIPULATED MOTION FOR PROTECTIVE ORDER |

THIS MATTER having come on for hearing without oral argument and by

Stipulation of the Parties on Monday September 17, 2012, at 6:30 p.m., before

ORDER GRANTING
THE STIPULATED MOTION FOR PROTECTIVE ORDER
page 1

Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

the Honorable Lonny R. Suko, on the Stipulated Motion for Protective Order. Judge Suko after having reviewed the records and files herein hereby ORDERS that:

    The Motion for Protective Order is GRANTED;

DONE IN OPEN COURT this 14th day of September, 2012.

                                        ***s/Lonny R. Suko***

                               _____
                               LONNY R. SUKO
                         United States District Judge

Presented by:

EVANS, CRAVEN & LACKIE, P.S.

By    s/ Heather C. Yakely
HEATHER C. YAKELY, #28848
Attorneys for Defendants
Evans, Craven & Lackie, P.S.
818 W. Riverside Ave., Ste. 250
Spokane, WA 99201
(509) 455-5200
(509) 455-3632 facsimile
hyakely@ecl-law.com

ORDER GRANTING
THE STIPULATED MOTION FOR PROTECTIVE ORDER
page 2

Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

1  Approved as to form and content
2  and notice of presentment waived:

3

4

5  ROBERT M. MCKENNA
6  Attorney General

7  \_\_\_\_\_s/Jarold P. Cartwright_____
8  JAROLD P. CARTWRIGHT, WSBA#9595
9  Assistant Attorney General
   Attorney for Defendants Scott Lasher,
10 Troy Corkins and State of Washington
11 1116 W. Riverside
   Spokane, WA 99201
12 (509) 456-3123
13 (509) 458-3548 facsimile
14 Jerryc@atg.wa.gov

15

16 THE MAGNUSON LAW FIRM, P.S.

17

18 _____s/Robert S. Magnuson_____
   ROBERT S. MAGNUSON WSBA#19706
19 Attorney for Plaintiffs David A. Porter
20 and Nikki Porter
21 505 W. Riverside. Ste. 509
   Spokane, WA 99201
22 (509) 242-5036
23 magnusonlaw@comcast.net

24

25

26

27

28

29

30 ORDER GRANTING
   THE STIPULATED MOTION FOR PROTECTIVE ORDER
   page 3